(page 1)

FILED
CLERK, U.S. DISTRICT COURT

FEB 12 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ____rsm____ DEPUTY

WEDNESDAY
2-7-2024
FILED

RELATED DDJ

2:24-CV-01276-SB-AJR

NO CV-30

This is a civil action complaint against these defendants.

① Christopher Maurice McDowell — (Plainiff)
(VS) Planet Fitness Staffs of 13119 (Defendents)
Hawthorne Blvd, Hawthorne, California 90250.

(Complaint Here)

② On 9-10-2023, Sunday around 2:10 Am I, Christopher Maurice McDowell was at the Planet Fitness Gym 13119 Hawthorne Blvd, Hawthorne CA 90250, and was told to leave the gym from the back where I was sitting, which the back bench sitting in front of the TV where I was. Where I was sitting, I was not sleep at all and (before) I was told to leave the black guy with the (braids) in his hair call the cops stating to them, I was refusing to leave the gym. These calls is recorded from the gym and the Hawthorne Police Department and I, Christopher Maurice McDowell was not told to leave the gym while this call was placed. I went to court on this charge of refusing to leave the gym on 1-30-2024, and had my Attorney Kevin Hawkins of the Hawthorne Courthouse to get the video audio of this from the police footage and station calls, and its states this here. After the call was made by the guy with the braids in his hair that



(page 2)

WEDNESDAY
2-7-2024
FILED

Night, thats is when I was told to leave by another staff member that night, a light skinned young guy who was working that night also. (Remember) I was told to leave the gym until the Police call to the Hawthorne Police department after. As I get up to approach the front desk to speak with both staff members, the guy with the braids and the light skinned guy (both names unknown) but ask for they name on 2-1-2024, thur club manager DERRICK BLAIR, I tell them I (wasn't) sleep and this is a bogus dismember ship. I stated I was just sitting on the bench and never fench to move from a sitting position at all. I also told the guy with the braids, I had a problem with you trying to dismember, lying like I was in the back stall sleep when it was a white guy a different member. I was in the shower, with my clothes hanging on stall, the middle one and me in shower and look out the curtain of the shower watching the light skinned guy on the same shift, as he tell the white guy to stop sleeping in the back stall. So I am filing a civil rights complaints on the CEO of the PLANET FITNESS, because I was illegally arrested that night and (jailed) for the guy with the braids, lying to cop, with me

(Page 3)

WEDNESDAY
2-7-2024
FILED

Not knowing at all, until call was finish, which was a lie. Please pay me for staffs illegal act on 9-10-2023 to Hawthorne Police Department and was (NOT) told to leave until after bogus call to cops. I have a lawsuit on Officer Campos, officer who arrested me that night on 9-10-2023 at 230 am for illegally arresting and (NOT) refusing to leave the gym. Case number 2:23 cv 08680, case pending in federal court United States District Court Central District of California office of Clerk 255 East temple Street Room 180 Los Angeles, California 90012. I saw the video audio tape, of Campos video footage on 1-30-24 in Hawthorne County Courthouse by my public offender Kevin Hawkins and got evidences of this whole complaint of the Planet fitness staffs that night on 9-10-2023 from 200 am to 230 am western time. Club manager Derrick Blair was notified of this and told this on 2-1-2024 by me Christopher McDowell. I was ruffed, assaulted, and jailed for this cause and Planet fitness staffs that night of 9-10-2023. was the entire cause of this play. I'am filing a $5,000,000 million dollars claims on this unlawfully dispute made by staff at this Planett fitness gym.



(page 4)                    WEDNESDAY
                           2-7-2024
                           FILED

I SPENT 14 hours IN jail for this
AND (WAS NOT) RELEASED        until
430 pm that Sunday EVENING from
Hawthorne Police Holding factifity
with NO WARRANTS At All. PIANET
FITNESS 13119 HAWthorne Blvd, HAwthorne,
California 90250 Staffs IS RESPONible
for this ACTION, please INVESTIGATE
This Civil Rights ACTION ASAP. This
COMPLAINT is close, please (pay) for
this CAUSE. I hANK you for your
COOPERATION.

SIGNATURE Christopher Maurice McDowell

DATE   2-7-2024 filed WEDNESDAY

Email Address Christopher McDow36 @gmail.com

Address 5482 Wilshire Blvd, Los Angeles
        90036

Please CONTACT Anytime.

Case 2:24-cv-01276-SB-AJR    Document 1    Filed 02/12/24    Page 5 of 6    Page ID #:5

RDC 99

**FROM:**

CHRISTOPHER MAURICE McDOWELL

5482 Wilshire Blvd.

Los Angeles, California

90036



**TO:**

UNITED STATES DISTRICT COURT

Central District of California

Office of the Clerk 255 East

Temple Street, Room 180

Los Angeles, California 90012

**Utility Mailer**
**10 1/2" x 16"**

Rea

